NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————

**BRIAN W. BOUGH,**
*Petitioner*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent*

————————

2018-1477, 2018-1478

————————

Petitions for review of the Merit Systems Protection Board in Nos. DE-1221-14-0237-W-2, DE-1221-14-0394-W-2.

————————

## JUDGMENT

————————

JEFFREY A. DAHL, Holt Mynatt Martinez PC, Las Cruces, NM, argued for petitioner.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 5, 2019</u>        <u>/s/ Peter R. Marksteiner</u>
Date        Peter R. Marksteiner
        Clerk of Court